# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ANTONAYO RODRICKUS FULLER, SR., | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. CV415-236<br>) |
| JENKINS CORRECTIONAL CENTER, | )<br>)<br>) |
| Respondent. | )<br>) |

## ORDER

Antonayo Fuller, proceeding *pro se*, petitions this Court for 28 U.S.C. § 2254 relief (doc. 1) and moves for leave to proceed *in forma pauperis* (IFP). Doc. 2. He wants to withdraw his 2012 Mitchell County, Georgia guilty plea for rape, aggravated sodomy, and aggravated child molestation. Doc. 1 at 14.

Fuller evidently filed his § 2254 petition in this judicial district because he is incarcerated here. *See* Georgia Department of Corrections Inmate Locator, http://www.dcor.state.ga.us/GDC/OffenderQuery/ (currently incarcerated at Jenkins Correctional Facility in Millen, Georgia, which is within the Statesboro Division of the Southern

District). Mitchell County, however, lies within the Middle District of Georgia, 28 U.S.C. § 90(b)(1), and federal law allows his petition to be filed in the district within which he was convicted or in the district within which he is confined. 28 U.S.C. § 2241(d); *Wright v. Indiana*, 263 F. App'x 794, 795 (11th Cir. 2008). Hence, this Court and the Middle District concurrently have jurisdiction to hear his case.

It is longstanding judicial policy and practice to funnel such petitions into the district within which the state prisoner was convicted, since that will be the most convenient forum. *Mitchell v. Henderson*, 432 F.2d 435, 436 (5th Cir. 1970); *see Wright*, 263 F. App'x at 795. That also fosters an equitable distribution of habeas cases between the districts. The Court therefore concludes that this case should be transferred to the Middle District. Hence, it **DIRECTS** the Clerk to transfer this case to the Middle District of Georgia for all further proceedings. *See* 28 U.S.C. § 1404(a) (permitting a district court to transfer any civil action to another district or division where it may have been brought for the convenience of parties and witnesses and in the interest of justice); *Rufus v. Kemp*, 2013 WL 2659983 at * 1 (S.D. Ga. June 12, 2013).

**SO ORDERED**, this 11th day of December, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA